IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THOMPSON, | 1:08-cv-00007-LJO-WMW (PC) |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| ALTAMERANO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

-1-

1    In accordance with the above, IT IS HEREBY ORDERED that within thirty days
2 of the date of service of this order, plaintiff shall submit a certified copy of his prison trust
3 account statement for the six month period immediately preceding the filing of the complaint, or
4 in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will
5 result in a recommendation that this action be dismissed.
6 IT IS SO ORDERED.

7 **Dated:    January 9, 2008**                             /s/  **William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE