IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS THOMPSON,

    Plaintiff,                    1: 08 CV 00007 LJO YNP GSA (PC)

    vs.                                ORDER

C/O ALTAMERANO, et al.,

    Defendants.

On July 9, 2009, a recommendation of dismissal was entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint in compliance with an earlier order dismissing the original complaint with leave to amend. On August 6, 2009, Plaintiff filed a First Amended Complaint, on which this action proceeds.

Accordingly, IT IS HEREBY ORDERED that the July, 9, 2009, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                        /s/ **Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE